JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE MARTINEZ,<br><br>  Petitioner,<br><br>vs.<br><br>WARDEN VALENZUELA,<br><br>  Respondent. | Case No. CV 15-2397-RT (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: May 11, 2015

_____
ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE